No. 2. Arévalo Et Al *v.* Olivieri.—Casación procedente de la Corte de Distrito de Ponce. Resuelto en Febrero 2, 1901. Se declaró desierto el recurso por no haber comparecido la parte recurrente. Abogado de los recurridos: *Sr. Bosch.*

No. 27. Bolívar *v.* Sucesión Vila.—Casación procedente de la Corte de Distrito de San Juan. Resuelto en Febrero 26, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Tous Soto, (José.)*

No. 11. Bartolomey *v.* Olivari Et Al.—Casación procedente de la Corte de Distrito de Ponce. Resuelto en Abril 10, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Guzmán Benitez (José.)*

No. 72. Blanes *v.* Herencia.—Casación prcoedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 19, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.*

No. 13. Martinez *v.* Schulze y Ca.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 19, 1901. Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.* Abogado del recurrido: *Sr. Hidalgo.*